Order entered October 25, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00948-CR
No. 05-12-00949-CR
No. 05-12-00950-CR

**RENEISHA A. STEWART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F12-52677-K, F12-54482-K, F11-54792-K**

## ORDER

By letter dated September 18, 2012, the Court notified appellant that her attorney had filed an *Anders* brief and that she had the right to file a pro se response. On September 26, 2012, appellant filed a motion seeking appointment of new counsel. We **DENY** the motion to appoint new counsel.

We **GRANT** appellant an extension of time to file her pro se response. We **ORDER** appellant to file a pro se response by **DECEMBER 10, 2012.** If appellant does not file her pro se response by that date, we will submit the appeal on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Reneisha A.

Stewart, No. 12025414, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

DAVID L. BRIDGES
JUSTICE